FILED

AUG 3 - 2006

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SETH LEE SERAPH AKA<br>SCOTT LEE SHIRE,<br><br>      Debtor. | Chapter 7<br><br>Case No. 4-06-00383-EWH |
| SETH LEE SERAPH AKA<br>SCOTT LEE SHIRE,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF EDUCATION,<br><br>      Defendant. | Adv. No. 4-06-00063-EWH<br><br>**MEMORANDUM DECISION ON DEBTOR'S<br>MOTION FOR APPOINTMENT OF COUNSEL** |

## INTRODUCTION

The Debtor requests an appointment of counsel to represent him in his bankruptcy case and adversary proceeding seeking a hardship discharge of his student loans. This court is not a "court of the United States" within the context of § 451 or § 1915 and lacks the authority to appoint an indigent Debtor counsel.[1] Even if the court had such authority, appointing counsel is a

---

[1] Absent contrary indication, section references are to the United States Code, 28 U.S.C.

discretionary decision, and there is no pool of available bankruptcy attorneys for pro bono work. Accordingly, the Debtor's request is denied.

### FACTS & PROCEDURAL HISTORY

Debtor is incarcerated in the Arizona State Prison Complex in Florence, Arizona. He filed his Chapter 7 voluntary petition for bankruptcy on April 14, 2006. The Debtor then filed an adversary proceeding to discharge his student loan debt of $10,178.00, alleging undue hardship. On July 17, 2006 the Debtor filed a motion for appointment of counsel.

### DISCUSSION

A.  <u>A bankruptcy court is not a "court of the United States"</u>

The Debtor requests appointment of counsel to represent him, pro bono, in his bankruptcy case pursuant to § 1915(e)(1), which states that "[t]he court may request an attorney to represent any person unable to afford counsel." The term "the court" refers to "any court of the United States." See § 1915(a)(1). Section 451 is the applicable definitional section. Bankruptcy courts are not explicitly listed as "court[s] of the United States" in § 451.

In <u>Perroton v. Gray (In re Perroton)</u>, 958 F.2d 889 (9th Cir. 1992) the court examined the legislative history of § 451, and found that Congress had added bankruptcy courts to the definition in 1978 only to remove them by amendment before the addition took effect. <u>Id</u>. The <u>Perroton</u> court, therefore, found no jurisdiction for

2

Case 4:06-ap-00063-EWH    Doc 23    Filed 08/03/06    Entered 08/04/06 10:50:54    Desc
Main Document    Page 2 of 4

a bankruptcy court in § 1915. <u>Id</u> at 895. <u>Perroton</u> is consistent with decisions in other jurisdictions. See <u>In re Lamb</u>, 206 B.R. 527, 529 (Bankr. E.D. Mo. 1997)(court declined to invoke section 1915(e)(1)(formerly section 1915(d)); <u>In re Ennis</u>, 178 B.R. 192 (Bankr. W.D.Mo. 1995)(denied motion to proceed in forma pauperis under 28 U.S.C.A. 1915(a)); <u>Elliot v. May</u>, 122 Fed. Appx. 944, 946 (10th Cir. 2004)(holding that in forma pauperis petitions are not available in bankruptcy proceedings). This court is bound by the holding of <u>Perroton</u>. Bankruptcy courts are not "courts of the United States" for purposes of § 1915. Therefore, this court has no authority to provide the Debtor the attorney he requests.

B.   <u>Section 1915 does not compel appointment of an attorney</u>

Section 1915(e)(1) states that "[t]he court may request an to represent any person unable to afford counsel." This is an entirely discretionary decision for the court. Even if the court did have jurisdiction under § 1915, there is no pool of bankruptcy attorneys available to provide pro bono work.

**CONCLUSION**

A separate order denying the relief requested will be entered this date.

Dated this 3rd day of August, 2006.

_____
Eileen W. Hollowell
United States Bankruptcy Judge

```
 1
    Copies of the foregoing mailed
 2  this 3rd day of August, 2006 to:

 3  Seth Lee Seraph AKA Scott Lee Shire
    Arizona State Prison Complex - Eyman/Cook
 4  P. O. Box 3200
    Florence, AZ  85232
 5
    Elizabeth A. Wilson
 6  U.S. Attorney's Office
    405 W. Congress, #4800
 7  Tucson, AZ  85701-5040

 8  Mark J. Wenker
    U.S. Attorney Office
 9  40 N Central Ave
    2 Renaissance Square, #1200
10  Phoenix, AZ  85004

11  By _____
12         Judicial Assistant
```